IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE:<br>EVELIO DROZ RAMOS and<br>AUREA ESTHER FRANCO DE DIAZ<br><br>DEBTOR (S) | * * * * * * * * | CASE NO. 14-08190/ESL<br><br>CHAPTER 13<br><br>**ADVERSARY 16-00152/ESL** |
| EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ<br>PLAINTIFF(S) | * * * * * | |
| PR ASSET PORTFOLIO 2013-1<br>INTERNATIONAL LLC;<br>JOSE RAMON CARRION MORALES, ESQ<br>CHAPTER 13 TRUSTEE<br>DEFENDANT (S) | * * * | |

**CERTIFICATE OF SERVICE**
**RE: NOTICE TO DEFENDANTS OF COMPLAINT AND SUMMONS**

TO THE HONORABLE COURT:

I ROBERTO FIGUEROA CARRASQUILLO, attorney for plaintiffs, certify that on July 21, 2016, a true copy of the adversary cover sheet, complaint and summons, issued by the Court in the above captioned proceeding, were mailed to defendant PR Asset Portfolio 2013-1 International LLC, 270 Muñoz Rivera Ave Suite 201, San Juan PR 00918, certified mail #70142120000093435771; PR Asset Portfolio 2013-1 International LLC c/o Briseida Delgado Miranda, Esq., 270 Muñoz Rivera Ave Suite 201, San Juan PR 00918, certified mail #70142120000093435764; José R. Carrión-Morales, Trustee, PO Box 9023884, San Juan, PR 00902-3884, certified mail #70142120000093435757. Attached is copy of delivery receipt for each party that was noticed as herein stated.

Page -2-
Certificate of Service
Adversary Proceeding 16-00152/ESL

**CERTIFICATE OF SERVICE**: The undersigned attorney hereby certifies that on this same date a copy of this certificate of service has been filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants. I also certify that a copy of this certificate of service was served by regular mail to plaintiff/debtor Evelio Droz Ramos and Aurea Esther Franco De Diaz, in the above captioned adversary proceeding.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of July, 2016.

/s/ *Roberto Figueroa-Carrasquillo*
R FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PLANTIFFS
PO BOX 186
CAGUAS, PR 00726
TEL NO. (787) 744-7699 FAX (787) 746-5294
EMAIL rfigueroa@rfclawpr.com







## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN THE MATTER OF: <br><br> EVELIO DROZ RAMOS and AUREA ESTHER FRANCO DE DIAZ <br><br> Debtor(s) <br><br> EVELIO DROZ RAMOS <br> AUREA ESTHER FRANCO DE DIAZ <br> Plaintiff(s) <br><br> v. <br><br> PR ASSET PORTFOLIO 2013-1 INTERNATIONAL LLC <br> Defendant | Case No. 14-08190 <br><br> Chapter 13 <br><br><br> ADVERSARY NUMBER 16-00152 <br><br><br> FILED & ENTERED ON 7/21/16 |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: JOSE ROMO (Deputy Clk)

# CERTIFICATION OF SERVICE

I, **Dimaris Rodriguez** (name), certify that service of this summons and a copy of the complaint was made **July 21, 2016** (date) by:

[ ] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[✓] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
**PR Asset Portfolio 2013-1 International LLC
c/o Briseida Delgado Miranda, Esq.
370 Muñoz Rivera Ave Suite 201
San Juan P.R. 00918     (7014 2120 0000 9343 5764)**

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **July 21, 2016**     Signature *Dimaris Rodriguez*

Print Name:     **Dimaris Rodriguez**

Business Address:
R. Figueroa Carrasquillo
Law Office
PO Box 0186
Caguas PR 00726-0186

## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| IN THE MATTER OF:<br><br>EVELIO DROZ RAMOS and AUREA ESTHER FRANCO DE DIAZ<br><br>Debtor(s)<br><br><br>EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ<br>Plaintiff(s)<br><br>v.<br><br>PR ASSET PORTFOLIO 2013-1 INTERNATIONAL LLC<br>Defendant | Case No. 14-08190<br><br>Chapter 13<br><br><br><br>ADVERSARY NUMBER 16-00152<br><br><br>FILED & ENTERED ON 7/21/16 |
|---|---|

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: JOSE ROMO (Deputy Clk)

## CERTIFICATION OF SERVICE

I, _Dimaris Rodriguez_ (name), certify that service of this summons and a copy of the complaint was made _July 21, 2016_ (date) by:

[ ] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[✓] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: _PR Asset Portfolio 2013-1 International LLC_
_270 Muñoz Rivera Ave Suite 201_
_San Juan P.R 00918_ (7014 2120 0000 9343 5771)

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _July 21, 2016_   Signature _Dimaris Rodriguez_

Print Name:   _Dimaris Rodriguez_

Business Address:
R. Figueroa Carrasquillo
Law Office
PO Box 0186
Caguas PR 00726-0186

# UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN THE MATTER OF:<br><br>EVELIO DROZ RAMOS and AUREA ESTHER FRANCO DE DIAZ<br><br>Debtor(s)<br><br>EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ<br>Plaintiff(s)<br><br>v.<br><br>JOSE RAMON CARRION MORALES<br>Defendant | Case No. 14-08190<br><br>Chapter 13<br><br><br>ADVERSARY NUMBER 16-00152<br><br><br>FILED & ENTERED ON 7/21/16 |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

*[Seal: United States Bankruptcy Court, District of Puerto Rico]*

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: JOSE ROMO (Deputy Clk)

## CERTIFICATION OF SERVICE

I, Dimaris Rodriguez (name), certify that service of this summons and a copy of the complaint was made July 21, 2016 (date) by:

[ ] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[✓] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
José R. Carrión, Esq
Chapter 13 Trustee
PO Box 9023884
San Juan, P.R. 00902-3884     (7014 2120 0000 9343 5757)

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 21, 2016       Signature Dimaris Rodriguez

Print Name:     Dimaris Rodriguez

Business Address:
R. Figueroa Carrasquillo
Law Office
PO Box 0186
Caguas PR 00726-0186