IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ<br><br>DEBTORS<br><br>---<br><br>EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ<br><br>PLAINTIFFS<br><br>V.<br><br>PR ASSET PORTFOLIO 2013-1<br>INTERNATIONAL LLC<br><br>JOSE R CARRION MORALES, Esq., as<br>Chapter 13 Trustee<br><br>DEFENDANTS | CASE NO. 14-08190 ESL<br><br>CHAPTER 13<br><br>ADV. PROC. NO. 16-00152 ESL |

## PLAINTIFFS' MOTION IN COMPLIANCE WITH ORDER
## RE: STATUS of RELATED STATE COURT LITIGATION DKT. NO. 29

**TO THE HONORABLE COURT:**

COME NOW, **EVELIO DROZ RAMOS and AUREA ESTHER FRANCO DE DIAZ**, Plaintiffs-debtors, in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. On December 02, 2016 this Honorable Court issued an Order, whereby the parties are to submit a status report concerning the related State Court Litigation every ninety (90) days. *ORDER*, Docket No. 29. `

2

2. That on June 20, 2017, Plaintiffs filed with the Court a <u>Motion in Compliance with Order Re: Status of Related State Court Litigation</u>, Docket No. 40, which was granted by this Honorable Court on June 23, 2017, Docket No. 42.

3. That the next motion to inform status of related State Court litigation was due on September 20, 2017.

4. That due to the passage of hurricane Maria through Puerto Rico, all matters before the Bankruptcy Court were stayed until November 06, 2017.

5. That the related State Court litigation is pending before the Honorable Judge Wanda Cintron Valentin, First Instance Court of Puerto Rico, Bayamon Superior Court.

6. That it appears that hurricane Maria destroyed the premises/building of the Bayamon Judicial Center and all matters which were pending before said Court were transferred and distributed to other Courts pertaining to the Puerto Rico Judicial Branch, such as: the Bayamon Family Court, the Guaynabo First Instance Court and/or the Caguas First Instance Court.

7. That upon information received by Droz's State Court Counsel, it is hereby respectfully informed that the case in the related State Court litigation was transferred from the Bayamon Superior Court to the Caguas Superior Court.

8. That on December 26, 2017, Defendant PR Asset Portfolio 2013-1 International LLC ("PRAPI") (Plaintiff in the related civil case) filed a motion in the related State Court litigation requesting to withdraw its legal representation and informing a new legal representation, which motion is before the Court pending resolution. It is to be noted that the abovementioned motion to withdraw is a different motion from the May 15, 2017, motion filed by PRAPI requesting the Court to Order the withdrawal of its previous Counsel

Rafael H. Zapata Yordan, Esq.

9. As to other legal issues that were submitted to the Court for disposition, the same are still pending resolution by the Court.

**WHEREFORE**, the Plaintiffs/Debtors respectfully submit their status report concerning the related State Court litigation in the above captioned adversary proceeding.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to: the Defendant PRAPI through its Counsel Briseida D. Delgado Miranda, Esq., *Delgado-Miranda Law Offices*; Jose Ramon Carrion Morales, Esq., Chapter 13 Trustee; and via Regular US Mail to the Plaintiffs/Debtors, Evelio Droz Ramos and Aurea Esther Franco de Diaz, PO Box 3652 Bayamon PR 00958.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 30th day of January, 2018.

*/s/Roberto Figueroa Carrasquillo*
**USDC # 203614**
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
**ATTORNEY FOR PLAINTIFFS/DEBTORS**
**PO BOX 186 CAGUAS PR 00726**
**TEL. 787-744-7699 FAX 787-746-5294**
**EMAIL: rfigueroa@rfclawpr.com**

| Información General | Señalamientos | Movimientos | Notificaciones | Documentos |

| Número de Caso | Demandante | Demandado | Región | Tribunal | Asunto | Materia | Estatus |
|---|---|---|---|---|---|---|---|
| D CD2009-0494 | PR ASSET PORTFOLIO 2013-1 INTERNATIONAL | INTERNATIONAL AUTO BODY PARTS, INC. | BAYAMON | SUPERIOR | CIVIL | COBRO DE DINERO | RESUELTO A PARTIR DE: 21082009 |

| Fecha | Hora | Tipo de Documento | Persona que Presenta |
|---|---|---|---|
| 26/12/2017 | 03:23 PM | RENUNCIA DE REP LEGAL Y ASUMIENDO | VILARO VALDERRABANO CHARLES E |
| 24/08/2017 | 09:31 AM | MOCION INFORMATIVA | PLANAS OCASIO DANNA ENID |
| 15/08/2017 | 08:38 AM | REACCION A MOCION | PABÓN ROJAS LUIS ANTONIO |
| 28/07/2017 | 09:09 AM | MOCION EN OPOSICION | PLANAS OCASIO DANNA ENID |
| 28/06/2017 | 10:31 AM | MOCION ASUMIENDO REPRESENTACION LEGAL | PLANAS OCASIO DANNA ENID |
| 15/05/2017 | 10:03 AM | MOCION RENUNCIA REPRESENTACION LEGAL | ZAPATA YORDAN RAFAEL H |
| 05/04/2017 | 02:32 PM | MOCION SOMETIENDO DOCUMENTOS | ZAPATA YORDAN RAFAEL H |
| 31/03/2017 | 03:43 PM | MOCION SUPLEMENTARIA | PABÓN ROJAS LUIS ANTONIO |
| 22/02/2017 | 01:44 PM | MOCION CUMPLIMIENTO DE ORDEN | ZAPATA YORDAN RAFAEL H |
| 21/02/2017 | 01:45 PM | MOCION SUPLEMENTARIA | PABÓN ROJAS LUIS ANTONIO |
| 17/02/2017 | 02:57 PM | MOCION CUMPLIMIENTO DE ORDEN | PABÓN ROJAS LUIS ANTONIO |
| 24/01/2017 | 03:49 PM | MOCION EN OPOSICION | ZAPATA YORDAN RAFAEL H |
| 12/12/2016 | 11:06 AM | MOCION CUMPLIMIENTO DE ORDEN | PABÓN ROJAS LUIS ANTONIO |
| 08/12/2016 | 09:36 AM | SENT/RES/OPINION TRIBUNAL APELACIONES | |
| 23/09/2016 | 09:36 AM | SENT/RES/OPINION TRIBUNAL APELACIONES | |
| 20/09/2016 | 10:18 AM | RESOLUCION TRIBUNAL DE APELACIONES | |
| 13/07/2016 | 09:00 AM | RESOLUCION TRIBUNAL DE APELACIONES | |
| 11/07/2016 | 08:44 AM | COMUNICACION | |
| 05/07/2016 | 01:53 PM | COPIA ESCRITO DE APELACION | |
| 08/06/2016 | 11:22 AM | MOCION SOLIC RECONSIDERACION | PABON ROJAS LUIS ANTONIO |
| 07/06/2016 | 11:00 AM | RESOLUCION TRIBUNAL DE APELACIONES | |
| 07/06/2016 | 10:59 AM | RESOLUCION TRIBUNAL DE APELACIONES | |
| 07/06/2016 | 10:58 AM | RESOLUCION TRIBUNAL DE APELACIONES | |
| 01/06/2016 | 10:56 AM | RESOLUCION TRIBUNAL DE APELACIONES | |
| 26/05/2016 | 03:13 PM | RESOLUCION TRIBUNAL DE APELACIONES | |
| 25/05/2016 | 02:34 PM | CARTA INFORMANDO CASO DE APELACION | |
| 20/05/2016 | 11:17 AM | COPIA DE RECURSO DE CERTIORARI | |
| 20/05/2016 | 11:16 AM | MOCION DE AUXILIO DE JURISDICCION | FERNANDEZ QUIÑONES DEMETRIO |
| 19/04/2016 | 12:53 PM | MOCION URGENTE | PABON ROJAS LUIS ANTONIO |
| 16/03/2016 | 09:41 AM | MOCION INFORMATIVA | PABON ROJAS LUIS ANTONIO |
| 15/12/2015 | 01:56 PM | MOCION EN OPOSICION | AYALA VÉLEZ MABEL |
| 23/11/2015 | 10:04 AM | MOCION EN TORNO A OTRA | ZAPATA YORDAN RAFAEL H |
| 10/11/2015 | 01:56 PM | MOCION INFORMATIVA | PABON ROJAS LUIS ANTONIO |
| 10/11/2015 | 01:55 PM | MOCION | PABON ROJAS LUIS ANTONIO |
| 04/11/2015 | 10:11 AM | MOCION INFORMATIVA | AYALA VÉLEZ MABEL |
| 07/08/2015 | 12:53 PM | MOCION | FERNANDEZ QUIÑONES DEMETRIO |
| 21/03/2014 | 01:58 PM | MOCION CUMPLIMIENTO DE ORDEN | BLANES IBARRA ROBERTO R |
| 05/02/2014 | 10:52 AM | MANDAMIENTO DILIGENCIADO | |
| 05/02/2014 | 10:51 AM | AVISO PUBLICA DE SUBASTA | |
| 22/01/2014 | 02:23 PM | MOCION SOLIC PRORROGA | BLANES IBARRA ROBERTO R |
| 30/12/2013 | 01:25 PM | MOCION SOLIC PARALIZACION PROCEDIMIENTOS | FERNANDEZ QUIÑONES DEMETRIO |
| 07/05/2013 | 04:32 PM | MOCION SOLIC SUSTITUCION DE PARTE | ZAPATA YORDAN RAFAEL H |
| 11/04/2011 | 02:54 PM | MOCION SOLIC EJECUCION DE SENTENCIA | ZAPATA YORDAN RAFAEL H |
| 21/08/2009 | 09:00 AM | SENTENCIA | |
| 11/08/2009 | 10:56 AM | CONTINUACION | ZAPATA YORDAN RAFAEL H |
| 11/08/2009 | 10:55 AM | MOCION SOBRE ACUERDO | |
| 11/05/2009 | 04:37 PM | MOCION SOLIC TIEMPO PARA CONTESTAR | ZAPATA YORDAN RAFAEL H |
| 19/03/2009 | 01:33 PM | MOCION SOLIC PRORROGA | FERNANDEZ QUIÑONES DEMETRIO |
| 10/03/2009 | 04:24 PM | CERTFCACION RESOLUCION SENTENCIA U ORDEN | |
| 18/02/2009 | 02:42 PM | DEMANDA | ZAPATA YORDAN RAFAEL H |

Hacer otra búsqueda

Esta búsqueda es el resultado de: DCD2009-0494
Resultados encontrados: 1 Fecha: 1/29/2018 - 2:39:26 PM

Nota: La información suministrada es solamente para fines de orientación y no sustituye las comunicaciones oficiales del Tribunal General de Justicia. La información reflejada en la pantalla de consulta es para propósitos generales. Para información detallada de cada caso debe visitar la Secretaría del Tribunal correspondiente. Es responsabilidad del usuario del Sistema validar la oficialidad de la misma en dicha Secretaría. Se libera a la Rama Judicial, sus empleados y funcionarios de toda responsabilidad contra reclamaciones y gastos que pudieran surgir por la utilización ulterior de dicha información.

| Información General | | Señalamientos | | Movimientos | | Notificaciones | | Documentos |
|---|---|---|---|---|---|---|---|---|
| Número de Caso | Demandante | Demandado | Región | Tribunal | Asunto | Materia | Estatus |
| D CD2009-0494 | PR ASSET PORTFOLIO 2013-1 INTERNATIONAL | INTERNATIONAL AUTO BODY PARTS, INC. | BAYAMON | SUPERIOR | CIVIL | COBRO DE DINERO | RESUELTO A PARTIR DE: 21082009 |

| Fecha | Hora | Tipo de Movimiento | Juez |
|---|---|---|---|
| 01/08/2017 | 01:58 PM | RECIBIDO EN DESPACHO | WANDA CINTRON VALENTIN |
| 01/08/2017 | 01:22 PM | DESPACHO/MOCION | |
| 10/07/2017 | 09:01 AM | CONTROL | |
| 05/07/2017 | 02:39 PM | NOTIFICACIONES/750 | |
| 05/07/2017 | 11:25 AM | DEVUELTO A NOTIFICACION | WANDA CINTRON VALENTIN |
| 03/07/2017 | 09:43 AM | DESPACHO/MOCION | |
| 30/06/2017 | 11:16 AM | CONTROL SALON 505 | |
| 22/06/2017 | 09:00 AM | RECIBIDO ARCHIVO TERMINADO | |
| 21/06/2017 | 11:35 AM | ARCHIVO TERMINADO | |
| 21/06/2017 | 11:10 AM | CONTROL | |
| 19/06/2017 | 04:04 PM | CONTROL | JAIME J. FUSTER ZALDUONDO |
| 30/03/2017 | 01:36 PM | RECIBIDO EN DESPACHO | JAIME J. FUSTER ZALDUONDO |
| 29/03/2017 | 10:46 AM | DESPACHO | |
| 15/03/2017 | 10:20 AM | SECRETARIA - PARA DESPACHO | |
| 14/03/2017 | 02:20 PM | CONTROL | JAIME J. FUSTER ZALDUONDO |
| 22/02/2017 | 04:04 PM | RECIBIDO EN DESPACHO | JAIME J. FUSTER ZALDUONDO |
| 22/02/2017 | 11:38 AM | DESPACHO/MOCION | |
| 22/02/2017 | 10:11 AM | CONTROL SALON 504 | |
| 10/02/2017 | 09:00 AM | RECIBIDO ARCHIVO TERMINADO | |
| 08/02/2017 | 10:10 AM | ARCHIVO TERMINADO | |
| 07/02/2017 | 04:47 PM | CONTROL | |
| 03/02/2017 | 01:42 PM | NOTIFICACIONES/750 | |
| 02/02/2017 | 03:19 PM | ENVIADO A NOTIFICACIONES | JAIME J. FUSTER ZALDUONDO |
| 30/01/2017 | 09:19 AM | RECIBIDO EN DESPACHO | JAIME J. FUSTER ZALDUONDO |
| 26/01/2017 | 02:44 PM | CONTROL | |
| 26/01/2017 | 02:33 PM | DESPACHO/MOCION | |
| 11/01/2017 | 09:00 AM | RECIBIDO ARCHIVO TERMINADO | |
| 10/01/2017 | 10:19 AM | ARCHIVO TERMINADO | |
| 09/01/2017 | 04:34 PM | CONTROL | |
| 22/12/2016 | 02:12 PM | ENVIADO A NOTIFICACIONES | JAIME J. FUSTER ZALDUONDO |
| 21/12/2016 | 10:13 AM | RECIBIDO EN DESPACHO | JAIME J. FUSTER ZALDUONDO |
| 20/12/2016 | 01:18 PM | DESPACHO/MOCION | |
| 19/12/2016 | 04:36 PM | CONTROL | |
| 01/12/2016 | 04:12 PM | PENDIENTE MINUTA | |
| 21/11/2016 | 10:51 AM | CASO EN CALENDARIO | |
| 18/10/2016 | 11:34 AM | SEÑALAMIENTO | |
| 18/10/2016 | 09:22 AM | CONTROL | |
| 13/10/2016 | 11:59 AM | NOTIFICACIONES/RUSH | |
| 12/10/2016 | 02:36 PM | ENVIADO A NOTIFICACIONES | JAIME J. FUSTER ZALDUONDO |
| 27/09/2016 | 11:27 AM | DESPACHO/MOCION | |
| 23/09/2016 | 01:10 PM | CONTROL | |
| 23/09/2016 | 09:37 AM | ENVIADO A NOTIFICACIONES | PEDRO J SALDAÑA ROSADO |
| 11/07/2016 | 10:35 AM | DESPACHO ESTUDIO | PEDRO J SALDAÑA ROSADO |
| 20/06/2016 | 11:19 AM | PEND RESOLVER POR JUEZ | |
| 17/06/2016 | 02:46 PM | OFICINA DEL JUEZ | PEDRO J SALDAÑA ROSADO |
| 16/06/2016 | 01:25 PM | DESPACHO | |
| 16/06/2016 | 11:04 AM | CONTROL | |
| 15/06/2016 | 04:11 PM | NOTIFICACIONES/RUSH | PEDRO J SALDAÑA ROSADO |
| 01/06/2016 | 10:35 AM | DESPACHO ESTUDIO | PEDRO J SALDAÑA ROSADO |
| 27/05/2016 | 11:43 AM | CONTROL | |
| 25/05/2016 | 02:28 PM | NOTIFICACIONES/RUSH | PEDRO J SALDAÑA ROSADO |
| 27/04/2016 | 10:47 AM | RECIBIDO EN DESPACHO | PEDRO J SALDAÑA ROSADO |
| 26/04/2016 | 11:15 AM | DESPACHO/MOCION | |
| 25/04/2016 | 04:00 PM | CONTROL SALON 504 | |
| 13/04/2016 | 09:30 AM | RECIBIDO ARCHIVO TERMINADO | |
| 12/04/2016 | 02:54 PM | ARCHIVO TERMINADO | |
| 12/04/2016 | 11:36 AM | CONTROL | |
| 11/04/2016 | 09:14 AM | NOTIFICACIONES/750 | |
| 08/04/2016 | 10:09 AM | ENVIADO A NOTIFICACIONES | PEDRO J SALDAÑA ROSADO |
| 13/11/2015 | 03:09 PM | RECIBIDO EN DESPACHO | PEDRO J SALDAÑA ROSADO |
| 10/11/2015 | 04:13 PM | DESPACHO/MOCION | |
| 10/11/2015 | 02:39 PM | CONTROL SALON 504 | |
| 29/10/2015 | 09:30 AM | RECIBIDO ARCHIVO TERMINADO | |
| 28/10/2015 | 01:39 PM | ARCHIVO TERMINADO | |
| 28/10/2015 | 11:31 AM | CONTROL | |
| 27/10/2015 | 03:11 PM | NOTIFICACIONES/750 | |
| 26/10/2015 | 04:32 PM | ENVIADO A NOTIFICACIONES | PEDRO J SALDAÑA ROSADO |
| 17/08/2015 | 05:33 PM | RECIBIDO EN DESPACHO | PEDRO J SALDAÑA ROSADO |
| 13/08/2015 | 10:17 AM | DESPACHO/MOCION | |
| 12/08/2015 | 02:56 PM | CONTROL SALON 504 | |
| 07/04/2014 | 09:00 AM | RECIBIDO ARCHIVO TERMINADO | |

| Fecha | Hora | Evento | |
|---|---|---|---|
| 04/04/2014 | 03:05 PM | ARCHIVO TERMINADO | |
| 04/04/2014 | 02:31 PM | CONTROL | |
| 27/03/2014 | 04:20 PM | NOTIFICACIONES/RUSH | |
| 27/03/2014 | 01:51 PM | ENVIADO A NOTIFICACIONES | |
| 26/03/2014 | 09:03 AM | DESPACHO/MOCION | |
| 25/03/2014 | 03:36 PM | CONTROL SALON 505 | |
| 19/02/2014 | 09:13 AM | ARCHIVO TERMINADO | |
| 24/01/2014 | 04:32 PM | NOTIFICACIONES/750 | |
| 24/01/2014 | 01:25 PM | ENVIADO A NOTIFICACIONES | |
| 23/01/2014 | 02:56 PM | DESPACHO/MOCION | |
| 09/01/2014 | 03:25 PM | CONTROL | |
| 08/01/2014 | 04:02 PM | NOTIFICACIONES/COPIA A LAS PARTES | |
| 08/01/2014 | 09:44 AM | ENVIADO A NOTIFICACIONES | |
| 03/01/2014 | 09:29 AM | DESPACHO/MOCION | |
| 29/05/2013 | 09:00 AM | RECIBIDO ARCHIVO TERMINADO | |
| 23/05/2013 | 11:27 AM | ARCHIVO TERMINADO | |
| 23/05/2013 | 11:10 AM | CONTROL | |
| 13/05/2013 | 03:28 PM | RECIBIDO EN DESPACHO | |
| 13/05/2013 | 10:03 AM | DESPACHO/MOCION | |
| 10/05/2013 | 04:45 PM | CONTROL SALON 505 | |
| 09/05/2011 | 08:35 AM | RECIBIDO ARCHIVO TERMINADO | |
| 06/05/2011 | 08:46 AM | ARCHIVO TERMINADO | |
| 29/04/2011 | 01:20 PM | NOTIFICACIONES/COPIA A LAS PARTES | |
| 25/04/2011 | 01:49 PM | DESPACHO/MOCION | |
| 19/04/2011 | 03:00 PM | CONTROL | |
| 28/08/2009 | 08:45 AM | RECIBIDO ARCHIVO TERMINADO | |
| 24/08/2009 | 02:30 PM | NOTIFICACIONES/SENTENCIA | |
| 31/07/2009 | 09:04 AM | DESPACHO/TERMINO VENCIDO | |
| 05/06/2009 | 11:22 AM | CONTROL | |
| 20/05/2009 | 03:50 PM | NOTIFICACIONES/750 | |
| 15/05/2009 | 03:10 PM | DESPACHO/MOCION | |
| 15/04/2009 | 10:02 AM | CONTROL | |
| 31/03/2009 | 02:58 PM | NOTIFICACIONES/750 | |
| 30/03/2009 | 11:45 AM | DESPACHO/MOCION | |
| 18/02/2009 | 04:39 PM | CONTROL | |

Hacer otra búsqueda

**Esta búsqueda es el resultado de: DCD2009-0494**
**Resultados encontrados: 1 Fecha: 1/29/2018 - 2:39:26 PM**

Nota: La información suministrada es solamente para fines de orientación y no sustituye las comunicaciones oficiales del Tribunal General de Justicia. La información reflejada en la pantalla de consulta es para propósitos generales. Para información detallada de cada caso debe visitar la Secretaría del Tribunal correspondiente. Es responsabilidad del usuario del Sistema validar la oficialidad de la misma en dicha Secretaría. Se libera a la Rama Judicial, sus empleados y funcionarios de toda responsabilidad contra reclamaciones y gastos que pudieran surgir por la utilización ulterior de dicha información.