**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>EVELIO DROZ RAMOS and AUREA ESTHER FRANCO DE DIAZ<br><br>Debtor(s)<br><br>EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ<br><br>Plaintiff(s)<br><br>v.<br><br>PR ASSET PORTFOLIO 2013–1 INTERNATIONAL LLC  et. al.<br><br>Defendant(s) | Case No. **14–08190 ESL**<br><br>Chapter **13**<br><br><br>Adversary Number **16–00152**<br><br><br>**FILED & ENTERED ON 2/13/18** |

***ORDER***

The motion filed by Plaintiffs, Evelio Droz and Aurea E. Franco requesting to comply with order Re: Status of Related State Court Litigation Docket #29 (docket #45) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, February 13, 2018 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge