**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: | Case No. **14–08190 ESL** |
| EVELIO DROZ RAMOS and AUREA ESTHER FRANCO DE DIAZ | |
| Debtor(s) | Chapter **13** |
| EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ | |
| Plaintiff(s) | Adversary Number **16–00152** |
| v. | |
| PR ASSET PORTFOLIO 2013–1 INTERNATIONAL LLC  et. al. | FILED & ENTERED ON 3/26/18 |
| Defendant(s) | |

***ORDER***

The motion filed by PR Asset Portfolio 2013–1 International LLC1, requesting order that the next motion in compliance with order will be due within the next Ninety (90) days from the date of this motion (docket #54) is hereby granted as PRAPIs compliance with the order in Docket #29 for all pertinent purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, March 26, 2018 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge